

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH F. ROTH III | CASE NO.: 1:11-cv-02061 |
| VERSUS | JUDGE DEE D. DRELL |
| CITY OF PINEVILLE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss (Doc. 4) is GRANTED.

IT IS FURTHER ORDERED that the Pineville Police Department is dismissed from suit.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 4th day of May, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE