RECEIVED
MAY 13 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH F. ROTH III,<br>    Plaintiff | CIVIL ACTION<br>NO. 1:11-CV-02061 |
| VERSUS | |
| POLICE DEPARTMENT OF<br>PINEVILLE, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the City of Pineville's motion for summary judgment (Docs. 19, 30) is GRANTED and Roth's action is DISMISSED WITH PREJUDICE in its entirety.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of May 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE